|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| JOSE PARRA, | ) | Civil No. 05-CV-1636-L(BLM) |
|---|---|---|
| Plaintiff, | ) | **ORDER RE: ORAL ARGUMENT** |
| v. | ) | |
| BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) | |
| Defendant. | ) | |

    Plaintiff's motion to set aside judgment [doc. #13] is set for hearing on May 7, 2007. The Court finds this matter suitable for determination on the papers submitted and without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required.

    **IT IS SO ORDERED.**

DATED: April 23, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

05CV1636